MANDATE

# United States Court of Appeals
## For the First Circuit

03-514
J. Smith

No. 05-1245

SANDRA BONAZOLI, d/b/a BEEHIVE KITCHENWARE,
Plaintiff - Appellant,

v.

R.S.V.P. INTERNATIONAL, INC.; THE PARAGON GIFTS, INC.
Defendants - Appellees.

---

**JUDGMENT**

**Entered: May 27, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: ____________________
Operations Manager

[cc: Messrs. Joseph, Salter & Benefiel]

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 27 2005